UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WARREN AIKEN, JR.,**

 Plaintiff,

v.           Case No.  3:15cv122/MCR/CJK

**HOWARD W. MELTON, et al.,**

 Defendants.
_____/

### O R D E R

 This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 26, 2015.  (Doc. 3).  The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

 Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

 Accordingly, it is now **ORDERED** as follows:

 1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

 2. This action is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(g).

 3. The clerk is directed to close the file.

 **DONE AND ORDERED** this 27th day of April, 2015.

        *s/ M. Casey Rodgers*
        **M. CASEY RODGERS**
        **CHIEF UNITED STATES DISTRICT JUDGE**